# Exhibit 5

SANDRA L. McDONOUGH (SBN 193308)
sandy.mcdonough@quarles.com
MATTHEW W. BURRIS (SBN 325569)
matt.burris@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendants THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE RESEARCH FOUNDATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH FEUER, Ph.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY dba SAN DIEGO STATE UNIVERSITY, a public entity; SAN DIEGO STATE RESEARCH FOUNDATION, a California non-profit corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. **'25CV553   AGS BLM**<br><br>**DECLARATION OF MATTHEW W. BURRIS IN SUPPORT OF DEFENDANTS THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY AND SAN DIEGO STATE RESEARCH FOUNDATION'S NOTICE OF REMOVAL**<br><br>Judge:       TBD<br>Crtrm.:      TBD<br>Trial Date:  Not set |

1

Case No.

I, Matthew W. Burris, declare as follows:

1. I am an associate in Quarles & Brady LLP, attorneys of record for Defendants THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY and SAN DIEGO STATE RESEARCH FOUNDATION in the above-entitled matter, and am licensed to practice before this Court. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. As of the date and time of this filing, Plaintiff has not filed a proof of service on the San Diego County Superior Court Register of Actions showing the summons and complaint in this matter ("process") were ever served on Defendant The Board of Trustees of California State University.

3. The date of issuance on the summons to the Board of Trustees of California State University is February 5, 2025. (*See* Ex. 2 to the Notice of Removal.)

4. I am informed and believe that Defendant The Board of Trustees of California State University was personally served with process on February 5, 2025, at approximately 3:27 p.m. Personal service was effected by process server Bart Fors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of March, 2025, at San Diego, California.

                                        /s/ *Matthew W. Burris*  
                                        Matthew W. Burris

# PROOF OF SERVICE

**Ralph Feuer, Ph.D. v. The Board of Trustees of the California State University, et al.**
**Case No. ADD**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 101 West Broadway, Suite 1500, San Diego, CA 92101.

On March 7, 2025, I served true copies of the following document(s) described as **DECLARATION OF MATTHEW W. BURRIS IN SUPPORT OF DEFENDANTS THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY AND SAN DIEGO STATE RESEARCH FOUNDATION'S NOTICE OF REMOVAL** on the interested parties in this action as follows:

Donald R. Holben
Lorraine M. Nisbet
Charlotte S. Barone
DONALD R. HOLBEN & ASSOCIATES, APC
5030 Camino de la Siesta, Suite 350
San Diego, CA 92108
Telephone: (619) 220-5555
Facsimile: (619) 220-0033
Email: lmn@sandiegotrialattorneys.com
       cb@sandiegotrialattorneys.com

Attorneys for Plaintiff Ralph Feuer, Ph.D.

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List, with postage thereon fully prepaid. I placed each such envelope or package for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 7, 2025, at San Diego, California.

/s/ *Mark C. Rachel*
Mark C. Rachel